# UNITED STATES DISTRICT COURT
для for the
Eastern District of Tennessee



FILED
DEC 02 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:22-MJ-1234
THE SNAPCHAT ACCOUNTS OF anicholson_112, gmachine_e, adalyn_me, )
~~blrichert~~, existentialistj LOCATED AT SNAPCHAT, INC., 2772 DONALD )
DOUGLAS LOOP NORTH, SANTA MONICA, CA 90405, more fully described )
in Attachment A which is attached hereto and fully incorporated herein. )

DCP
TE

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

THE SNAPCHAT ACCOUNTS OF anicholson_112, gmachine_e, adalyn_me, blrichert, existentialistj LOCATED AT SNAPCHAT, INC., 2772 DONALD DOUGLAS LOOP NORTH, SANTA MONICA, CA 90405, more fully described in Attachment A which is attached hereto and fully incorporated herein.

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:

PLEASE SEE ATTACHMENT B, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252(a), 2252A(a) | Transportation, receipt and/or distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of child pornography |

The application is based on these facts:

Please see the Affidavit of Investigator Thomas Evans which is attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Thomas Evans* (signature)
*Applicant's signature*

Thomas Evans, Investigator, Knoxville Police Department
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/22/2022

*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

Premises Location:

Snap Inc., 2772 Donald Douglas Loop, North Santa Monica, CA 90405

Snapchat accounts:

>gmachine_e
>Adalyn_me
>~~Blriehert~~ DCP TE
>anicholson_112
>existentialistj

## ATTACHMENT B

**Below is a list of items to be searched and seized from the premises/accounts described in ATTACHMENT A:**

a. All stored files, created, saved, or altered on or after January 1, 2021, maintained on the Snapchat server storage space, belonging to or associated with the above listed Snapchat user account(s). These files may include, but are not limited to: subscriber's full name(s), subscriber's address(es), subscriber's telephone number(s), e-mail address(es) associated with the subscriber(s), account or log-in name(s), any other information pertaining to the identity of the subscriber(s), billing information, credit card or payment information, types of services utilized by the subscriber and the lengths of such services or any other identifying or pertinent records relating to the subscriber, including IP addresses, dates and times of uploads of images if available.

b. All business records or files, created, saved, or altered on or after January 1, 2021, maintained on the Snapchat server storage space, belonging to or associated with the above listed Snapchat user account(s). These records may include, but are not limited to: account application information, credit card or other billing information, account access information, user logon information (including secondary user log on names), account usage reports, e-mail transaction information, news group access and posting information and any other information, both in electronic computer data and written record format, that records the activities of these accounts relating to the subscriber's use of the services offered by the Internet Solutions Provider.

c. All stored electronic mail (e-mail) of any kind sent to, from, and/or through the e-mail address(es) of, belonging to, or associated with the above listed Snapchat user account(s), or through other associated accounts, on or after January 1, 2021. All stored electronic content created, saved, or altered on or after January 1, 2021, (including Internet history, file transfer

23

protocol logs, web access logs, electronically stored images, etc.) as well as all connection log files listing all account activity done by the subscriber/user associated with the above described Snapchat user account(s), including dates, times, methods of connecting (e.g. telnet, ftp, http, etc.), telephone dial-up connection records and any other connection information or Internet traffic data.

d. All chat logs of any kind, including but not limited to Snapchat Messenger logs, created, saved, or altered on or after January 1, 2021, sent to, from, and/or through the email address (es) of, belonging to, or associated with the above listed Snapchat user account(s), or through other associated accounts.

e. Any and all 'Friend' activity, namely other Snapchat user accounts whose users have chosen to 'friend,' 'follow,' 'following' or otherwise socially associate their profiles with the above listed Snapchat user account(s) in order to communicate or otherwise interact with the individual user(s) created, saved, or altered on or after January 1, 2021,. This list includes 'friend,' 'follow,' 'following' currently associated with the account and past, or any such 'deleted' activity. Snapchat is to provide 'friends,' 'followers,' and 'following' of the above listed Snapchat user account, including complete user information, to include Friend ID account numbers, any vanity URLs, and/or profile names of the profile's current and 'deleted' friend listing.

f. Any and all messages, created, saved, or altered on or after January 1, 2021, sent to and from the above listed Snapchat user account(s), to include text and multi-media messages in the spam, archived, and 'other' mail folders.

g. Any and all Snapchat 'Groups' which the above listed Snapchat user account(s) is a member or otherwise associated.

24

Case 3:22-mj-01234-DCP   Document 1   Filed 11/22/22   Page 4 of 5   PageID #: 4

h. Any and all search history created, saved, or altered on or after January 1, 2021, conducted by the above listed Snapchat user account(s) within the Snapchat user community.

25