

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

FILED
DEC 02 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>THE SNAPCHAT ACCOUNTS OF anicholson_112, gmachine_e, adalyn_me, blrichert, existentialistj LOCATED AT SNAPCHAT, INC., 2772 DONALD DOUGLAS LOOP NORTH, SANTA MONICA, CA 90405, more fully described in Attachment A which is attached hereto and fully incorporated herein. | Case No. 3:22-MJ-1234 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Tennessee____
*(identify the person or describe the property to be searched and give its location)*:

THE SNAPCHAT ACCOUNTS OF anicholson_112, gmachine_e, adalyn_me, blrichert, existentialistj LOCATED AT SNAPCHAT, INC., 2772 DONALD DOUGLAS LOOP NORTH, SANTA MONICA, CA 90405, more fully described in Attachment A which is attached hereto and fully incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

PLEASE SEE ATTACHMENT B, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

**YOU ARE COMMANDED** to execute this warrant on or before ____December 5, 2022____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Debra C. Poplin____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/22/2022 @ 4:50pm     _____
                                              *Judge's signature*

City and state: ____Knoxville, Tennessee____     ____Debra C. Poplin, United States Magistrate Judge____
                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3:22-MJ-1234 | Date and time warrant executed: 11-23-22 @ 1032 | Copy of warrant and inventory left with: KPD ICAC & SNAPCHAT |

Inventory made in the presence of:
Snapchat Inc.

Inventory of the property taken and name of any person(s) seized:

INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNTS OF gmachine_e, adalyn_me, anicholson_112, existentialistj

FILED
DEC 02 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

TE    TE

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-2-22

_Thomas Evans_
Executing officer's signature

THOMAS EVANS / INVESTIGATOR
Printed name and title

# ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

<u>Premises Location:</u>

Snap Inc., 2772 Donald Douglas Loop, North Santa Monica, CA 90405

Snapchat accounts**:**

    gmachine_e
    Adalyn_me
    ~~Blrichert~~ DCP
    anicholson_112
    existentialistj

# ATTACHMENT B

**Below is a list of items to be searched and seized from the premises/accounts described in ATTACHMENT A:**

a. All stored files, created, saved, or altered on or after January 1, 2021, maintained on the Snapchat server storage space, belonging to or associated with the above listed Snapchat user account(s). These files may include, but are not limited to: subscriber's full name(s), subscriber's address(es), subscriber's telephone number(s), e-mail address(es) associated with the subscriber(s), account or log-in name(s), any other information pertaining to the identity of the subscriber(s), billing information, credit card or payment information, types of services utilized by the subscriber and the lengths of such services or any other identifying or pertinent records relating to the subscriber, including IP addresses, dates and times of uploads of images if available.

b. All business records or files, created, saved, or altered on or after January 1, 2021, maintained on the Snapchat server storage space, belonging to or associated with the above listed Snapchat user account(s). These records may include, but are not limited to: account application information, credit card or other billing information, account access information, user logon information (including secondary user log on names), account usage reports, e-mail transaction information, news group access and posting information and any other information, both in electronic computer data and written record format, that records the activities of these accounts relating to the subscriber's use of the services offered by the Internet Solutions Provider.

c. All stored electronic mail (e-mail) of any kind sent to, from, and/or through the e-mail address(es) of, belonging to, or associated with the above listed Snapchat user account(s), or through other associated accounts, on or after January 1, 2021. All stored electronic content created, saved, or altered on or after January 1, 2021, (including Internet history, file transfer

23

protocol logs, web access logs, electronically stored images, etc.) as well as all connection log files listing all account activity done by the subscriber/user associated with the above described Snapchat user account(s), including dates, times, methods of connecting (e.g. telnet, ftp, http, etc.), telephone dial-up connection records and any other connection information or Internet traffic data.

d. All chat logs of any kind, including but not limited to Snapchat Messenger logs, created, saved, or altered on or after January 1, 2021, sent to, from, and/or through the email address (es) of, belonging to, or associated with the above listed Snapchat user account(s), or through other associated accounts.

e. Any and all 'Friend' activity, namely other Snapchat user accounts whose users have chosen to 'friend,' 'follow,' 'following' or otherwise socially associate their profiles with the above listed Snapchat user account(s) in order to communicate or otherwise interact with the individual user(s) created, saved, or altered on or after January 1, 2021,. This list includes 'friend,' 'follow,' 'following' currently associated with the account and past, or any such 'deleted' activity. Snapchat is to provide 'friends,' 'followers,' and 'following' of the above listed Snapchat user account, including complete user information, to include Friend ID account numbers, any vanity URLs, and/or profile names of the profile's current and 'deleted' friend listing.

f. Any and all messages, created, saved, or altered on or after January 1, 2021, sent to and from the above listed Snapchat user account(s), to include text and multi-media messages in the spam, archived, and 'other' mail folders.

g. Any and all Snapchat 'Groups' which the above listed Snapchat user account(s) is a member or otherwise associated.

h. Any and all search history created, saved, or altered on or after January 1, 2021, conducted by the above listed Snapchat user account(s) within the Snapchat user community.